IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD SEARS,   :  <br>    Petitioner   :  <br>              :   No. 1:20-cv-02305  <br>    v.        :  <br>              :   (Judge Kane)  <br> MICHAEL CLARK, et al.,  :  <br>    Respondents   : | |

## ORDER

**AND NOW**, on this 31st day of August 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania